FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 19 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TAMMY COLLINS,<br><br>    Defendant. | 2:12-CR-050-KJD-(GWF) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT TAMMY COLLINS**

On January 16, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant TAMMY COLLINS to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 32; Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 35.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 35) is final as to defendant TAMMY COLLINS.

DATED this _19th_ day of _March_, 2013.

_____
UNITED STATES DISTRICT JUDGE